1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                 Case No.  19cr4407- BAS
11                  Plaintiff,                 AMENDED ORDER OF
                                               CRIMINAL FORFEITURE
12      v.
13  MENGMENG ZHANG (7),
           aka "Aria"
14                  Defendant.
15

16      On  August  12,  2022,  this  Court  entered  its  Preliminary  Order  of

17  Criminal Forfeiture, which condemned and forfeited to the United States all right,

18  title  and  interest  of  MENGMENG ZHANG (7) ("Defendant")  in  the  following

19  specific properties pursuant to Title 18, United States Code, Sections 981 (a)(1)(C):

20   • $9,500.00 Money Judgment;

21   • Real Property located at 8007 New Salem Street, San Diego, California, 92126

22      and more accurately described as:

23          ASSESSORS PARCEL NO. 311-291-06-00

24      LOT 3952 OF MESA VERDE UNIT NO. 18, IN THE CITY OF SAN

25      DIEGO,  COUNTY  OF  SAN  DIEGO,  STATE  OF  CALIFRONIA,

26      ACCRODING TO MAP THEREOF NO. 7160, FILED IN THE OFFICE OF

27      THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 31,

28      1971.

1   • $22,320.00 in U.S. Currency from a safe within a residence at 8007 New
2     Salem Street, San Diego, California 92126;
3   • iPhone Model: A1522 IMEI 359325060151329;
4   • iPhone Model: A1524 IMEI 352046076192084;
5   • iPhone Model: A1524 IMEI 352051074968956;
6   • iPhone Model: A1524 IMEI 352052076501100;
7   • iPhone Model: A1524 IMEI 358354069898442;
8   • iPhone Model: A1524 IMEI 359244065134950;
9   • iPhone Model: A1524 IMEI 359244065283245;
10  • iPhone Model: A1524 IMEI 352052076214100;
11  • iPhone Model: A1524 IMEI 359242064631489;
12  • iPhone Model: A1524 IMEI 35924406551287;
13  • iPhone Model: A1549 IMEI 359244065541287;
14  • iPhone Model: A1549 IMEI 359233065455465;
15  • iPhone Model: A1524 IMEI 359249065585119;
16  • iPhone Model: A1524 IMEI 359244065815160;
17  • iPhone Model: A1524 IMEI 353050075800069;
18  • iPhone Model: A1524 IMEI 352046076550232;
19  • iPhone Model: A1524 IMEI 352051075623022;
20  • iPhone Model: A1524 IMEI 352048075540750;
21  • iPhone Model: A1524 IMEI 359244065013428;
22  • iPhone Model: A1524 IMEI 352049075493719;
23  • iPhone Model: A1524 IMEI 359244065046279;
24  • iPhone Model: A1524 IMEI 358351069727605;
25  • iPhone Model: A1549 IMEI 359297066062455;
26  • iPhone Model: A1586 IMEI 358364069350948;
27  • iPhone Model: A1586 IMEI 352075061465965;
28  • iPhone Model: A1586 IMEI 356958068164200;

19cr4407

1   • iPhone Model: A1586 IMEI 356980068245359;

2   • iPhone Model: A1549 IMEI 359238064083101;

3   • iPhone Model: A1586 IMEI 358367066132342;

4   • iPhone Model: A1586 IMEI 358363069020600;

5   • iPhone Model: A1586 IMEI 352068061048816;

6   • iPhone Model: A1549 IMEI 359238064303087;

7   • iPhone Model: A1586 IMEI 352032076846614;

8   • iPhone Model: A1586 IMEI 353318078216578;

9   • iPhone Model: A1586 IMEI 355405070005279;

10  • iPhone Model: A1586 IMEI 352030076349670;

11  • iPhone Model: A1586 IMEI 353322079416161;

12  • iPhone Model: A1549 IMEI 352018070389362;

13  • iPhone Model: Al586 IMEI 355408070118910;

14  • iPhone Model: A1586 IMEI 352030076390153;

15  • iPhone Model: A1586 IMEI 356979068387864;

16  • iPhone Model: A1586 IMEI 353320079812017;

17  • iPhone Model: A1522 IMEI 354391061869983;

18  • iPhone Model: Al524 IMEI 352051074110658;

19  • iPhone Model: A1549 IMEI 359300068145235;

20  • iPhone Model: A1586 IMEI 356959068218590;

21  • iPhone Model: A1586 IMEI 356959067798626;

22  • iPhone Model: A1586 IMEI 353321078578740;

23  • iPhone Model: A1586 IMEI 356960068303150;

24  • iPhone Model: Al586 IMEI 352090078745242;

25  • iPhone Model: A1586 IMEI 359281060732925;

26  • iPhone Model: A1586 IMEI 352090075492210;

27  • iPhone Model: A1586 IMEI 358375061142372;

28  • iPhone Model: A1549 IMEI 359297066208710;

19cr4407

1     • iPhone Model: A1549 IMEI 359302062492266;

2     • iPhone Model: Al586 IMEI 355402070254163;

3     • iPhone Model: A1524 IMEI 352047074001814;

4     • iPhone Model: A1524 IMEI 352052076500201;

5     • iPhone Model: A1524 IMEI 352050075042001;

6     • iPhone Model: A1524 IMEI 352050076768562;

7     • iPhone 6 Plus IMEI 35205007470265;

8     • iPhone 7 Plus Model: A1661 IMEI 355834084032278;

9     • iPhone 7 Plus Model: A1661 IMEI 355835084742402;

10    • iPhone 7 Plus Model: A1661 IMEI 355839086215987;

11    • iPhone 7 Plus Model: A1661 IMEI 355840083533190;

12    • iPhone 7 Plus Model: A1661 IMEI 355838084429129;

13    • iPhone 7 Plus Model: A l661 IMEI 355841083669729;

14    • iPhone 7 Plus Model: A1661 IMEI 355834083975253;

15    • iPhone 7 Plus Model: A1661 IMEI 355840083646406;

16    • iPhone 7 Plus Model: A1661 IMEI 355839086826916;

17    • iPhone 7 Plus Model: A1661 IMEI 355842084762778;

18    • iPhone 7 Plus Model: A1661 IMEI 355843084226848;

19    • iPhone 7 Plus Model: A1661 IMEI 355843084672819;

20    • iPhone 7 Plus Model: A1661 IMEI 355835083808097;

21    • iPhone 7 Plus Model: A1661 IMEI 355843086085630;

22    • iPhone 7 Plus Model: A1661 IMEI 355838084962343;

23    • iPhone 7 Plus Model: A1661 IMEI 355834083894413;

24    • iPhone 7 Plus Model: A1661 IMEI 355838084463631;

25    • iPhone 7 Plus Model: A1661 IMEI 355841085979050;

26    • iPhone 7 Plus Model: Al661 IMEI 355843084225345;

27    • iPhone 7 Plus Model: Al661 IMEI 355841085961231;

28    • iPhone 7 Plus Model: A1661 IMEI 355834083883689;

1   • iPhone 7 Plus Model: A1661 IMEI 355834083971708;

2   • iPhone 7 Plus Model: Al661 IMEI 355838086238601;

3   • iPhone 7 Plus Model: Al661 IMEI 355834084553000;

4   • iPhone 7 Plus Model: Al661 IMEI 355841086027537;

5   • iPhone 7 Plus Model: A1661 IMEI 355841085928834;

6   • iPhone 7 Plus Model: Al661 IMEI 355841084310448;

7   • iPhone 7 Plus Model: Al661 IMEI 355838084491814;

8   • iPhone 7 Plus Model: Al661 IMEI 355838084466410;

9   • iPhone 7 Plus Model: A1661 IMEI 355841086193800;

10  • iPhone Al661 IMEI 359469080814977 SIM: FYQV502KHFY3;

11  • iPhone A1865 IMEI 353051093408348 SIM: Fl 7VW5K6JCL7;

12  • iPhone A1661 IMEI 355839089832341;

13  • iPhone A1688 IMEI 358571079720080;

14  • iPhone A1634 IMEI 354951071745737;

15  • iPhone A1688 IMEI 355399089419730;

16  • iPhone Al688 IMEI 355399083503828;

17  • iPhone A1688 IMEI 355396086025957;

18  • iPhone A1687 IMEI 358604072297077;

19  • iPhone A1688 IMEI 355400086127647;

20  • iPhone A1633 IMEI 355682071090803;

21  • iPhone Al661 IMEI 356694080816820;

22  • iPhone A1633 IMEI 353256079243086;

23  • iPhone A1634 IMEI 353350071727772;

24  • iPhone Al688 IMEI 355396087388578;

25  • iPhone A1688 IMEI 355396089094851;

26  • iPhone A1688 IMEI 358567079712556;

27  • iPhone A1688 IMEI 355400089609690;

28  • iPhone A1634 IMEI 355730075285620;

19cr4407

- iPhone A1687 IMEI 358604071902602;
- iPhone A1688 IMEI 355398087128327;
- iPhone A1688 IMEI 355399083500535;
- iPhone Al 688 IMEI 355396088759587;
- iPhone A1661 IMEI 355839089377628;
- iPhone Al688 IMEI 355396089092350;
- iPhone A1687 IMEI 355733075085032;
- iPhone A1688 IMEI 355398089587884;
- iPhone A1688 IMEI 355396086095372;
- iPhone A1687 IMEI 358604072523068;
- iPhone A1688 IMEI 355398087046305;
- iPhone A1688 IMEI 355398086732962;
- iPhone A1688 IMEI 355398087365135;
- iPhone A1634 IMEI 353326071741534;
- iPhone A1687 IMEI 358604072430850;
- iPhone A1633 IMEI 355682071106625;
- iPhone A1688 IMEI 355396088822807;
- iPhone A1661 IMEI 356693081467054;
- iPhone A1688 IMEI 355396089096138;
- iPhone A1687 IMEI 353328073935718;
- iPhone A1634 IMEI 354951071253112;
- iPhone A1633 IMEI 353262079805494;
- iPhone A1687 IMEI 358611071862595;
- iPhone A1688 IMEI 355396089139383;
- iPhone A1634 IMEI 358610071843191;
- iPhone A1633 IMEI 353256079565140;
- iPhone A1661 IMEI 355838086492968;
- iPhone A1634 IMEI 353300075217874;

19cr4407

1    • iPhone Al 687 IMEI 358604072295931;

2    • iPhone A1633 IMEI 353254079756678;

3    • iPhone Al 687 IMEI 358605072068681;

4    • iPhone A1688 IMEI 355396080548913;

5    • iPhone A1688 IMEI 355399083514239;

6    • iPhone A1688 IMEI 355396088779437;

7    • iPhone A1633 IMEI 355682071017186;

8    • iPhone A1661 IMEI 355838086238601;

9    • iPhone A1688 IMEI 358563079501420;

10   • iPhone A1688 IMEI 355398089514193;

11   • iPhone A1687 IMEI 355730075449721;

12   • iPhone A1688 IMEI 356650080757646;

13   • iPhone A1687 IMEI 358611072016555;

14   • iPhone A1687 IMEI 358606071873311;

15   • iPhone A1634 IMEI 355726070156535;

16   • iPhone A1688 IMEI 358569079528990;

17   • iPhone A1687 IMEI 358604072461285;

18   • iPhone A1634 IMEI 353325071676617;

19   • iPhone A1687 IMEI 353331073891626;

20   • iPhone A1687 IMEI 355733075304011;

21   • iPhone A1633 IMEI 353254079657637;

22   • iPhone A1661 IMEI 355841086027537;

23   • iPhone A1688 IMEI 355396086725382;

24   • iPhone A1661 IMEI 355834089597705;

25   • iPhone A1687 IMEI 358612071895999;

26   • iPhone A1633 IMEI 353262079696323;

27   • iPhone A1633 IMEI 353262079504337;

28   • iPhone A1633 IMEI 354954073107989;

19cr4407

- iPhone A1634 IMEI 355727070249411;
- iPhone A1428 IMEI 013439005409029 SIM: F17L74NFFHIC;
- iPhone A1428 IMEI 013436004782661 SIM: F2LL11R3FHIC;
- iPhone A1387 IMEI 013532008143601 SIM: C8PML98BFML3;
- iPhone A1428 IMEI 013439005409037 SIM: Fl 7L 74M0FHIC;
- iPhone A1687 IMEI 353286076973039;
- iPhone A1661 IMEI 355840083646406;
- iPhone A1687 IMEI 353284070920478;
- iPhone A1687 IMEI 353283070400358;
- iPhone A1661 IMEI 355841083669729;
- iPhone A1687 IMEI 358603070706469;
- iPhone A1661 IMEI 355840083533190;
- iPhone A1661 IMEI 355841085928834;
- iPhone A1661 IMEI 356693080880745;
- iPhone A1661 IMEI 355838084962343;
- iPhone A1661 IMEI 356693081930192;
- iPhone A1688 IMEI 355690072435943;
- iPhone A1661 IMEI 355838089633089;
- iPhone A1687 IMEI 353330072469293;
- iPhone A1661 IMEI 356693080909213;
- iPhone A1661 IMEI 355841085961231;
- iPhone A1687 IMEI 353292074627817;
- iPhone A1865 IMEI 356719083218250 SIM: F18VL5HXJCL6;
- iPhone A1533 IMEI 358812058326139;
- iPhone A1533 IMEI 013970001347748;
- iPhone A1533 IMEI 358752056561990;
- iPhone A1387 IMEI 013004004073810 SIM: DNQGNMKGDT9V;
- iPhone Al661 IMEI 353821081226260 SIM: FCFSR04SHFXY;

1    • iPhone Al 661 IMEI 355834084022998 SIM: F2L T88UPHX9F;

2    • iPhone Al865 IMEI 356727083501799 SIM: G6TVNDFFJCL7;

3    • iPhone Al661 IMEI 359468083265534 SIM: FYQVR0IGHFY6;

4    • iPhone Al687 IMEI 353329079815375 SIM: FLNSM038GRXL;

5    • iPhone Al 700 IMEI 355709074050862 SIM: DNPRT3RCGRYK;

6    • iPhone Al586 IMEI 359260060593008;

7    • iPhone Al586 IMEI 359260060593008;

8    • iPhone A1203 IMEI 011245000770188 SIM: YM72461BWH8;

9    • Black iPhone (lBl 16);

10   • iPhone Al 784;

11   • iPhone IMEI 356701085534041;

12   • iPhone A1533 IMEI 357989057492269;

13   • iPhone A1349 bearing SIM: C25GM27LDDP7;

14   • iPhone Al428 IMEI 013428002439352;

15   • iPhone Al533 IMEI 358754058609264;

16   • iPhone A1349;

17   • iPhone A1865 IMEI 353055097918715;

18   • iPhone IMEI 353053090377773;

19   • iPhone Al 784 IMEI 359218073369816 SIM: F2LT42JlliFYK;

20   • iPhone IMEI 353318078192290 SIM: F1FPP1KHG5MQ;

21   • Apple iPhone Model: A1549 IMEI 352068061649811;

22   • iPad Model: A1566 Serial #DMPNH39XG5W2;

23   • iPad Model: A1566 Serial #DMPNF77ZG5VY;

24   • iPad Model: A1566 Serial #DMPNF75BG5VY;

25   • iPad Model: A1566 Serial #DMPNH38GG5W2;

26   • iPad Model: A1566 Serial #DMPNF70UG5VY;

27   • iPad Model: A1566 Serial #DMPNH3B6G5W2;

28   • iPad Model: A1566 Serial #DMPNF722G5VY;

19cr4407

1  - iPad Model: A1566 Serial #DMPNH3DMG5W2;

2  - iPad Model: A1566 Serial #DMPNF752G5VY;

3  - iPad Model: A1566 Serial #DMPNF737G5VY;

4  - iPad Model: A1566 Serial #DMPNF74SG5VY;

5  - iPad Model: A1566 Serial #DMPNF77MG5VY;

6  - iPad Model: Al566 Serial #DMPNF75FG5VY;

7  - iPad Model: Al566 Serial #DMPNH3ERG5W2;

8  - iPad Model: A1566 Serial #F6QQ2036G5W2;

9  - iPad Model: A1566 Serial #DMPNH387G5W2;

10 - iPad A1599 SIM: F4KNCA37G5V2;

11 - iPad A1432 SIM: F7QLRCWJF196;

12 - iPad SIM: F9GQQ8W9FCM8;

13 - iPadA1566 bearing SIM: DMVNKGFNG5VV;

14 - iPad A1567 IMEI 355889063590498 SIM: DMQNLM48G5WT;

15 - iPad A1823 IMEI 359453083195071 SIM: GCGVV2MAHP62;

16 - iPad A1475 bearing S/N: DLXMJ490F4YD;

17 - iPad A1475 IMEI 358845056809144 S/N: DMPMW29FF4YD

18 - iPad A1474 S/N: DMQN18QJFK15;

19 - iPad A1337 IMEI 012437002962504 S/N: V5050NJBETVC;

20 - iPad in a blue foam rubber case (1B148);

21 - iPad A1416 S/N: DMPHLJ6HDVD1;

22 - Black SIM Card Tray IMEI 356693080754007;

23 - Black SIM Card Tray IMEI 355835087375895;

24 - Black SIM Card Tray IMEI 356694080959869;

25 - Black SIM Card Tray IMEI 355835087016598;

26 - Black SIM Card Tray IMEI 355839089977138;

27 - Black SIM Card Tray IMEI 356694080975154;

28 - Black SIM Card Tray IMEI 356694080770316;

19cr4407

1     • Black SIM Card Tray IMEI 355835081565624;

2     • Black SIM Card Tray IMEI 355834089597705;

3     • Black SIM Card Tray IMEI 356693080880745;

4     • Black SIM Card Tray IMEI 355838083471494;

5     • Black SIM Card Tray IMEI 356693081467054;

6     • Black SIM Card Tray IMEI 356694080959455;

7     • Black SIM Card Tray IMEI 355843089644359;

8     • Black SIM Card Tray IMEI 355839089832341;

9     • Black SIM Card Tray IMEI 355835089975072;

10     • Black SIM Card Tray IMEI 355838089633089;

11     • Black SIM Card Tray IMEI 356694080974066;

12     • Black SIM Card Tray IMEI 356693080909213;

13     • Black SIM Card Tray IMEI 356695082334274;

14     • Black SIM Card Tray IMEI 355839089880357;

15     • Black SIM Card Tray IMEI 355839089898367;

16     • Black SIM Card Tray IMEI 356694080816820;

17     • Black SIM Card Tray IMEI 356693081930192;

18     • Black SIM Card Tray IMEI 356693080785589;

19     • SIM Card Tray IMEI 353262079426739;

20     • SIM Card Tray IMEI 353259078699746;

21     • SIM Card Tray IMEI 354953070976537;

22     • SIM Card Tray IMEI 358565077183754;

23     • IM Card Tray IMEI 358567079020612;

24     • SIM Card Tray IMEI 354954070984570;

25     • SIM Card Tray IMEI 358565077047637;

26     • SIM Card Tray IMEI 354953070960044;

27     • SIM Card Tray IMEI 358565077666741;

28     • SIM Card Tray IMEI 355764073439608;

    19cr4407

1    • SIM Card Tray IMEI 358570079389987;

2    • SIM Card Tray IMEI 358563079324161;

3    • SIM Card Tray IMEI 358563079534835;

4    • SIM Card Tray IMEI 358571079713044;

5    • SIM Card Tray IMEI 358570079470381;

6    • SIM Card Tray IMEI 358571079601033;

7    • SIM Card Tray IMEI 358569079489607;

8    • SIM Card Tray IMEI 358569079344604;

9    • Apple iPhone Model:A1633 IMEI 354954073404337;

10   • Apple Phone Model: A1688 IMEI 353268073320133; and

11   • Apple iPhone Model: A1586 IMEI 359234066149727;

12   For thirty (30) consecutive days ending on October 22, 2022, the United States
13   published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order
14   and the United States' intent to dispose of the specific properties in such manner as
15   the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of
16   the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
17   Actions, and further notifying all third parties of their right to petition the Court
18   within thirty (30) days of the final publication for a hearing to adjudicate the validity
19   of their alleged legal interest in the specific properties.

20   There were no potential third parties known to the United States to have
21   alleged an interest in the forfeited specific properties.   Therefore, no one was
22   provided with direct notice of the forfeiture.

23   Thirty (30) days have passed following the final date of notice by publication
24   and no third party has made a claim to or declared any interest in the forfeited
25   specific properties described above.

26   Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
27   that, as a result of the failure of any third party to come forward or file a petition for
28   relief from forfeiture as provided by law, all right, title, and interest of

MENGMENG ZHANG (7) and any and all third parties in the following specific properties is hereby condemned, forfeited and vested in the United States of America:

- $9,500.00 Money Judgment;
- Real Property located at 8007 New Salem Street, San Diego, California, 92126 and more accurately described as:

    ASSESSORS PARCEL NO. 311-291-06-00

    LOT 3952 OF MESA VERDE UNIT NO. 18, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFRONIA, ACCRODING TO MAP THEREOF NO. 7160, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 31, 1971.

- $22,320.00 in U.S. Currency from a safe within a residence at 8007 New Salem Street, San Diego, California 92126;
- iPhone Model: A1522 IMEI 359325060151329;
- iPhone Model: A1524 IMEI 352046076192084;
- iPhone Model: A1524 IMEI 352051074968956;
- iPhone Model: A1524 IMEI 352052076501100;
- iPhone Model: A1524 IMEI 358354069898442;
- iPhone Model: A1524 IMEI 359244065134950;
- iPhone Model: A1524 IMEI 359244065283245;
- iPhone Model: A1524 IMEI 352052076214100;
- iPhone Model: A1524 IMEI 359242064631489;
- iPhone Model: A1524 IMEI 35924406551287;
- iPhone Model: A1549 IMEI 359244065541287;
- iPhone Model: A1549 IMEI 359233065455465;
- iPhone Model: A1524 IMEI 359249065585119;
- iPhone Model: A1524 IMEI 359244065815160;

1  • iPhone Model: A1524 IMEI 353050075800069;

2  • iPhone Model: A1524 IMEI 352046076550232;

3  • iPhone Model: A1524 IMEI 352051075623022;

4  • iPhone Model: A1524 IMEI 352048075540750;

5  • iPhone Model: A1524 IMEI 359244065013428;

6  • iPhone Model: A1524 IMEI 352049075493719;

7  • iPhone Model: A1524 IMEI 359244065046279;

8  • iPhone Model: A1524 IMEI 358351069727605;

9  • iPhone Model: A1549 IMEI 359297066062455;

10  • iPhone Model: A1586 IMEI 358364069350948;

11  • iPhone Model: A1586 IMEI 352075061465965;

12  • iPhone Model: A1586 IMEI 356958068164200;

13  • iPhone Model: A1586 IMEI 356980068245359;

14  • iPhone Model: A1549 IMEI 359238064083101;

15  • iPhone Model: A1586 IMEI 358367066132342;

16  • iPhone Model: A1586 IMEI 358363069020600;

17  • iPhone Model: A1586 IMEI 352068061048816;

18  • iPhone Model: A1549 IMEI 359238064303087;

19  • iPhone Model: A1586 IMEI 352032076846614;

20  • iPhone Model: A1586 IMEI 353318078216578;

21  • iPhone Model: A1586 IMEI 355405070005279;

22  • iPhone Model: A1586 IMEI 352030076349670;

23  • iPhone Model: A1586 IMEI 353322079416161;

24  • iPhone Model: A1549 IMEI 352018070389362;

25  • iPhone Model: Al586 IMEI 355408070118910;

26  • iPhone Model: A1586 IMEI 352030076390153;

27  • iPhone Model: A1586 IMEI 356979068387864;

28  • iPhone Model: A1586 IMEI 353320079812017;

19cr4407

- iPhone Model: A1522 IMEI 354391061869983;
- iPhone Model: Al524 IMEI 352051074110658;
- iPhone Model: A1549 IMEI 359300068145235;
- iPhone Model: A1586 IMEI 356959068218590;
- iPhone Model: A1586 IMEI 356959067798626;
- iPhone Model: A1586 IMEI 353321078578740;
- iPhone Model: A1586 IMEI 356960068303150;
- iPhone Model: Al586 IMEI 352090078745242;
- iPhone Model: A1586 IMEI 359281060732925;
- iPhone Model: A1586 IMEI 352090075492210;
- iPhone Model: A1586 IMEI 358375061142372;
- iPhone Model: A1549 IMEI 359297066208710;
- iPhone Model: A1549 IMEI 359302062492266;
- iPhone Model: Al586 IMEI 355402070254163;
- iPhone Model: A1524 IMEI 352047074001814;
- iPhone Model: A1524 IMEI 352052076500201;
- iPhone Model: A1524 IMEI 352050075042001;
- iPhone Model: A1524 IMEI 352050076768562;
- iPhone 6 Plus IMEI 35205007470265;
- iPhone 7 Plus Model: A1661 IMEI 355834084032278;
- iPhone 7 Plus Model: A1661 IMEI 355835084742402;
- iPhone 7 Plus Model: A1661 IMEI 355839086215987;
- iPhone 7 Plus Model: A1661 IMEI 355840083533190;
- iPhone 7 Plus Model: A1661 IMEI 355838084429129;
- iPhone 7 Plus Model: A l661 IMEI 355841083669729;
- iPhone 7 Plus Model: A1661 IMEI 355834083975253;
- iPhone 7 Plus Model: A1661 IMEI 355840083646406;
- iPhone 7 Plus Model: A1661 IMEI 355839086826916;

19cr4407

1     • iPhone 7 Plus Model: A1661 IMEI 355842084762778;

2     • iPhone 7 Plus Model: A1661 IMEI 355843084226848;

3     • iPhone 7 Plus Model: A1661 IMEI 355843084672819;

4     • iPhone 7 Plus Model: A1661 IMEI 355835083808097;

5     • iPhone 7 Plus Model: A1661 IMEI 355843086085630;

6     • iPhone 7 Plus Model: A1661 IMEI 355838084962343;

7     • iPhone 7 Plus Model: A1661 IMEI 355834083894413;

8     • iPhone 7 Plus Model: A1661 IMEI 355838084463631;

9     • iPhone 7 Plus Model: A1661 IMEI 355841085979050;

10     • iPhone 7 Plus Model: Al661 IMEI 355843084225345;

11     • iPhone 7 Plus Model: Al661 IMEI 355841085961231;

12     • iPhone 7 Plus Model: A1661 IMEI 355834083883689;

13     • iPhone 7 Plus Model: A1661 IMEI 355834083971708;

14     • iPhone 7 Plus Model: Al661 IMEI 355838086238601;

15     • iPhone 7 Plus Model: Al661 IMEI 355834084553000;

16     • iPhone 7 Plus Model: Al661 IMEI 355841086027537;

17     • iPhone 7 Plus Model: A1661 IMEI 355841085928834;

18     • iPhone 7 Plus Model: Al661 IMEI 355841084310448;

19     • iPhone 7 Plus Model: Al661 IMEI 355838084491814;

20     • iPhone 7 Plus Model: Al661 IMEI 355838084466410;

21     • iPhone 7 Plus Model: A1661 IMEI 355841086193800;

22     • iPhone Al661 IMEI 359469080814977 SIM: FYQV502KHFY3;

23     • iPhone A1865 IMEI 353051093408348 SIM: Fl 7VW5K6JCL7;

24     • iPhone A1661 IMEI 355839089832341;

25     • iPhone A1688 IMEI 358571079720080;

26     • iPhone A1634 IMEI 354951071745737;

27     • iPhone A1688 IMEI 355399089419730;

28     • iPhone Al688 IMEI 355399083503828;

19cr4407

1   • iPhone A1688 IMEI 355396086025957;

2   • iPhone A1687 IMEI 358604072297077;

3   • iPhone A1688 IMEI 355400086127647;

4   • iPhone A1633 IMEI 355682071090803;

5   • iPhone A1661 IMEI 356694080816820;

6   • iPhone A1633 IMEI 353256079243086;

7   • iPhone A1634 IMEI 353350071727772;

8   • iPhone A1688 IMEI 355396087388578;

9   • iPhone A1688 IMEI 355396089094851;

10  • iPhone A1688 IMEI 358567079712556;

11  • iPhone A1688 IMEI 355400089609690;

12  • iPhone A1634 IMEI 355730075285620;

13  • iPhone A1687 IMEI 358604071902602;

14  • iPhone A1688 IMEI 355398087128327;

15  • iPhone A1688 IMEI 355399083500535;

16  • iPhone A1688 IMEI 355396088759587;

17  • iPhone A1661 IMEI 355839089377628;

18  • iPhone A1688 IMEI 355396089092350;

19  • iPhone A1687 IMEI 355733075085032;

20  • iPhone A1688 IMEI 355398089587884;

21  • iPhone A1688 IMEI 355396086095372;

22  • iPhone A1687 IMEI 358604072523068;

23  • iPhone A1688 IMEI 355398087046305;

24  • iPhone A1688 IMEI 355398086732962;

25  • iPhone A1688 IMEI 355398087365135;

26  • iPhone A1634 IMEI 353326071741534;

27  • iPhone A1687 IMEI 358604072430850;

28  • iPhone A1633 IMEI 355682071106625;

19cr4407

1   • iPhone A1688 IMEI 355396088822807;

2   • iPhone A1661 IMEI 356693081467054;

3   • iPhone A1688 IMEI 355396089096138;

4   • iPhone A1687 IMEI 353328073935718;

5   • iPhone A1634 IMEI 354951071253112;

6   • iPhone A1633 IMEI 353262079805494;

7   • iPhone A1687 IMEI 358611071862595;

8   • iPhone A1688 IMEI 355396089139383;

9   • iPhone A1634 IMEI 358610071843191;

10  • iPhone A1633 IMEI 353256079565140;

11  • iPhone A1661 IMEI 355838086492968;

12  • iPhone A1634 IMEI 353300075217874;

13  • iPhone Al 687 IMEI 358604072295931;

14  • iPhone A1633 IMEI 353254079756678;

15  • iPhone Al 687 IMEI 358605072068681;

16  • iPhone A1688 IMEI 355396080548913;

17  • iPhone A1688 IMEI 355399083514239;

18  • iPhone A1688 IMEI 355396088779437;

19  • iPhone A1633 IMEI 355682071017186;

20  • iPhone A1661 IMEI 355838086238601;

21  • iPhone A1688 IMEI 358563079501420;

22  • iPhone A1688 IMEI 355398089514193;

23  • iPhone A1687 IMEI 355730075449721;

24  • iPhone A1688 IMEI 356650080757646;

25  • iPhone A1687 IMEI 358611072016555;

26  • iPhone A1687 IMEI 358606071873311;

27  • iPhone A1634 IMEI 355726070156535;

28  • iPhone A1688 IMEI 358569079528990;

19cr4407

- iPhone A1687 IMEI 358604072461285;
- iPhone A1634 IMEI 353325071676617;
- iPhone A1687 IMEI 353331073891626;
- iPhone A1687 IMEI 355733075304011;
- iPhone A1633 IMEI 353254079657637;
- iPhone A1661 IMEI 355841086027537;
- iPhone A1688 IMEI 355396086725382;
- iPhone A1661 IMEI 355834089597705;
- iPhone A1687 IMEI 358612071895999;
- iPhone A1633 IMEI 353262079696323;
- iPhone A1633 IMEI 353262079504337;
- iPhone A1633 IMEI 354954073107989;
- iPhone A1634 IMEI 355727070249411;
- iPhone A1428 IMEI 013439005409029 SIM: F17L74NFFHIC;
- iPhone A1428 IMEI 013436004782661 SIM: F2LL11R3FHIC;
- iPhone A1387 IMEI 013532008143601 SIM: C8PML98BFML3;
- iPhone A1428 IMEI 013439005409037 SIM: Fl 7L 74M0FHIC;
- iPhone A1687 IMEI 353286076973039;
- iPhone A1661 IMEI 355840083646406;
- iPhone A1687 IMEI 353284070920478;
- iPhone A1687 IMEI 353283070400358;
- iPhone A1661 IMEI 355841083669729;
- iPhone A1687 IMEI 358603070706469;
- iPhone A1661 IMEI 355840083533190;
- iPhone A1661 IMEI 355841085928834;
- iPhone A1661 IMEI 356693080880745;
- iPhone A1661 IMEI 355838084962343;
- iPhone A1661 IMEI 356693081930192;

19cr4407

- iPhone A1688 IMEI 355690072435943;
- iPhone A1661 IMEI 355838089633089;
- iPhone A1687 IMEI 353330072469293;
- iPhone A1661 IMEI 356693080909213;
- iPhone A1661 IMEI 355841085961231;
- iPhone A1687 IMEI 353292074627817;
- iPhone A1865 IMEI 356719083218250 SIM: F18VL5HXJCL6;
- iPhone A1533 IMEI 358812058326139;
- iPhone A1533 IMEI 013970001347748;
- iPhone A1533 IMEI 358752056561990;
- iPhone A1387 IMEI 013004004073810 SIM: DNQGNMKGDT9V;
- iPhone Al661 IMEI 353821081226260 SIM: FCFSR04SHFXY;
- iPhone Al 661 IMEI 355834084022998 SIM: F2L T88UPHX9F;
- iPhone Al865 IMEI 356727083501799 SIM: G6TVNDFFJCL7;
- iPhone Al661 IMEI 359468083265534 SIM: FYQVR0IGHFY6;
- iPhone Al687 IMEI 353329079815375 SIM: FLNSM038GRXL;
- iPhone Al 700 IMEI 355709074050862 SIM: DNPRT3RCGRYK;
- iPhone Al586 IMEI 359260060593008;
- iPhone Al586 IMEI 359260060593008;
- iPhone A1203 IMEI 011245000770188 SIM: YM72461BWH8;
- Black iPhone (lBl 16);
- iPhone Al 784;
- iPhone IMEI 356701085534041;
- iPhone A1533 IMEI 357989057492269;
- iPhone A1349 bearing SIM: C25GM27LDDP7;
- iPhone Al428 IMEI 013428002439352;
- iPhone Al533 IMEI 358754058609264;
- iPhone A1349;

1    • iPhone A1865 IMEI 353055097918715;

2    • iPhone IMEI 353053090377773;

3    • iPhone Al 784 IMEI 359218073369816 SIM: F2LT42JlliFYK;

4    • iPhone IMEI 353318078192290 SIM: F1FPP1KHG5MQ;

5    • Apple iPhone Model: A1549 IMEI 352068061649811;

6    • iPad Model: A1566 Serial #DMPNH39XG5W2;

7    • iPad Model: A1566 Serial #DMPNF77ZG5VY;

8    • iPad Model: A1566 Serial #DMPNF75BG5VY;

9    • iPad Model: A1566 Serial #DMPNH38GG5W2;

10   • iPad Model: A1566 Serial #DMPNF70UG5VY;

11   • iPad Model: A1566 Serial #DMPNH3B6G5W2;

12   • iPad Model: A1566 Serial #DMPNF722G5VY;

13   • iPad Model: A1566 Serial #DMPNH3DMG5W2;

14   • iPad Model: A1566 Serial #DMPNF752G5VY;

15   • iPad Model: A1566 Serial #DMPNF737G5VY;

16   • iPad Model: A1566 Serial #DMPNF74SG5VY;

17   • iPad Model: A1566 Serial #DMPNF77MG5VY;

18   • iPad Model: Al566 Serial #DMPNF75FG5VY;

19   • iPad Model: Al566 Serial #DMPNH3ERG5W2;

20   • iPad Model: A1566 Serial #F6QQ2036G5W2;

21   • iPad Model: A1566 Serial #DMPNH387G5W2;

22   • iPad A1599 SIM: F4KNCA37G5V2;

23   • iPad A1432 SIM: F7QLRCWJF196;

24   • iPad SIM: F9GQQ8W9FCM8;

25   • iPadA1566 bearing SIM: DMVNKGFNG5VV;

26   • iPad A1567 IMEI 355889063590498 SIM: DMQNLM48G5WT;

27   • iPad A1823 IMEI 359453083195071 SIM: GCGVV2MAHP62;

28   • iPad A1475 bearing S/N: DLXMJ490F4YD;

- iPad A1475 IMEI 358845056809144 S/N: DMPMW29FF4YD
- iPad A1474 S/N: DMQN18QJFK15;
- iPad A1337 IMEI 012437002962504 S/N: V5050NJBETVC;
- iPad in a blue foam rubber case (1B148);
- iPad A1416 S/N: DMPHLJ6HDVD1;
- Black SIM Card Tray IMEI 356693080754007;
- Black SIM Card Tray IMEI 355835087375895;
- Black SIM Card Tray IMEI 356694080959869;
- Black SIM Card Tray IMEI 355835087016598;
- Black SIM Card Tray IMEI 355839089977138;
- Black SIM Card Tray IMEI 356694080975154;
- Black SIM Card Tray IMEI 356694080770316;
- Black SIM Card Tray IMEI 355835081565624;
- Black SIM Card Tray IMEI 355834089597705;
- Black SIM Card Tray IMEI 356693080880745;
- Black SIM Card Tray IMEI 355838083471494;
- Black SIM Card Tray IMEI 356693081467054;
- Black SIM Card Tray IMEI 356694080959455;
- Black SIM Card Tray IMEI 355843089644359;
- Black SIM Card Tray IMEI 355839089832341;
- Black SIM Card Tray IMEI 355835089975072;
- Black SIM Card Tray IMEI 355838089633089;
- Black SIM Card Tray IMEI 356694080974066;
- Black SIM Card Tray IMEI 356693080909213;
- Black SIM Card Tray IMEI 356695082334274;
- Black SIM Card Tray IMEI 355839089880357;
- Black SIM Card Tray IMEI 355839089898367;
- Black SIM Card Tray IMEI 356694080816820;

19cr4407

1    • Black SIM Card Tray IMEI 356693081930192;

2    • Black SIM Card Tray IMEI 356693080785589;

3    • SIM Card Tray IMEI 353262079426739;

4    • SIM Card Tray IMEI 353259078699746;

5    • SIM Card Tray IMEI 354953070976537;

6    • SIM Card Tray IMEI 358565077183754;

7    • IM Card Tray IMEI 358567079020612;

8    • SIM Card Tray IMEI 354954070984570;

9    • SIM Card Tray IMEI 358565077047637;

10   • SIM Card Tray IMEI 354953070960044;

11   • SIM Card Tray IMEI 358565077666741;

12   • SIM Card Tray IMEI 355764073439608;

13   • SIM Card Tray IMEI 358570079389987;

14   • SIM Card Tray IMEI 358563079324161;

15   • SIM Card Tray IMEI 358563079534835;

16   • SIM Card Tray IMEI 358571079713044;

17   • SIM Card Tray IMEI 358570079470381;

18   • SIM Card Tray IMEI 358571079601033;

19   • SIM Card Tray IMEI 358569079489607;

20   • SIM Card Tray IMEI 358569079344604;

21   • Apple iPhone Model:A1633 IMEI 354954073404337;

22   • Apple Phone Model: A1688 IMEI 353268073320133; and

23   • Apple iPhone Model: A1586 IMEI 359234066149727;

24   //

25   //

26   //

27   //

28   //

1    IT IS FURTHER ORDERED that the Federal Bureau of Investigation and

2    United States Marshal Service shall dispose of the forfeited specific properties

3    according to law.

4    DATED: 1-19-24

5

6    Hon. Cynthia Bashant
     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28