# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MENGMENG ZHANG, aka "Aria,"<br><br>    Defendant. | Case No. 19CR4407-BAS<br><br>ORDER OF RESTITUTION |

  WHEREAS, an Indictment was filed in the Southern District of California on October 31, 2019 charging Defendant MENGMENG ZHANG, aka "Aria," ("Defendant") with several federal crimes including mail fraud, in violation of 18 U.S.C. § 1341. *See* Doc. 1 (Count 54).

  WHEREAS, Defendant pled guilty to Count 54 of the Indictment charging her with mail fraud, in violation of 18 U.S.C. § 1341 on June 2, 2022. *See* Doc. 404. Paragraph seven of the factual basis in the Plea Agreement provides that "[t]he parties estimate that the loss associated with the package of counterfeit iPhones sent to [Defendant] is $9,500." *Id.* at p. 7.

  WHEREAS, Defendant was sentenced to three years of probation on August 15, 2022.

  WHEREAS, the Court accepted additional briefing from the parties and held a restitution hearing on April 29, 2024.

WHEREAS, on April 29, 2024, the Court made findings and ordered Defendant to pay restitution in the amount of $9,500.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant shall pay restitution in the amount of $9,500 as a result of her conviction for mail fraud.

2. The sole victim in this case is Apple, Inc. The address of the victim is as follows:

> Apple, Inc.
> 1 Apple Park Way (MS 37-1IPL)
> Cupertino, CA 95014

3. Defendant's liability for restitution shall be apportioned to $9,500 in order reflect her relatively minor level of contribution to the victim's loss.

4. Defendant shall make a bona fide effort to pay restitution as soon as practicable.

5. After considering the factors in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay restitution at the rate of at least $150 per month, subject to further agreement of the parties or order of the Court.

6. This payment schedule does not foreclose the United States from exercising all legal actions, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

7. Defendant shall forward all restitution payments, by bank or cashier's check or money order, payable to the "Clerk, U.S. District Court" to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

8. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than 30 days after the change occurs. *See* 18 U.S.C. § 3664(k).

10. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than 30 days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: April 29, 2024

*[signature]*
Hon. Cynthia Bashant
United States District Judge